### 16988.    DANIEL *v.* THE STATE.

BROYLES, C. J.   1. Alleged prejudicial remarks of the judge, during the trial of a case, in the presence and hearing of the jury, are not ground for a new trial, unless a motion to declare a mistrial on that ground was made and overruled. *Harrison v. State,* 20 *Ga. App.* 157 (6) (92 S. E. 970). Under this ruling and the facts of the instant case, ground 5 of the amendment to the motion for a new trial is without merit.

2. The remaining special grounds of the motion for a new trial show no cause for a new trial, and the verdict is amply authorized by the evidence.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED JANUARY 12, 1926.

Indictment for selling liquor; from Dade superior court—Judge Tarver.   October 24, 1925.

*B. T. Brock, J. M. Lang,* for plaintiff in error.
*C. C. Pittman, solicitor-general,* contra.